UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MALIBU MEDIA, LLC, | : | NO.:  3:18-CV-00590-CSH |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : |  |
| JOHN DOE, | : | MARCH 13, 2019 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Attorney Michael J. Rose, as attorney for the Defendant, John Doe, in the above-captioned matter.

        DEFENDANT,
        JOHN DOE


        By_/s/ Michael J. Rose_____
          Michael J. Rose [ct14803]
          Rose Kallor, LLP
          750 Main Street
           Suite 1108-3
          Hartford, CT  06103
          (860) 361-7999
          (860) 270-0710 (Fax)
          E-Mail: Mrose@rosekallor.com

## **CERTIFICATION**

   This is to certify that on this 13th day of March, 2019 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Kevin T. Conway, Esq.
80 Red Schoolhouse Road, Ste 110
Spring Valley, NY 10977
Email: kconway@ktclaw.com

              /s/ Michael J. Rose____
               Michael J. Rose