UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | Civil Action No. 3:18-cv-00590-CSH |

**PLAINTIFF'S MOTION FOR RELEASE OF SECURITY BOND**

Plaintiff, Malibu Media, LLC, by and through undersigned counsel, moves this Honorable Court for Release of the Security Bond posted on January 9, 2020, and states:

1. This case was originally filed on April 8, 2018 against an anonymous John Doe internet subscriber assigned IP address 24.191.40.31 alleging direct copyright infringement of eight (8) of Plaintiff's copyrighted movies [CM/ECF 1].

2. On May 2, 2018, this Court entered an order allowing Plaintiff to subpoena Defendant's Internet Service Provider, Altice f/k/a Optimum, to identify the internet subscriber assigned IP address 24.191.40.31 [CM/ECF 9].

3. Plaintiff subsequently served a subpoena on Defendant's ISP on May 5, 2018, which was returned to Plaintiff on or about September 20, 2018.

4. Thereafter, Plaintiff sought permission to file its Amended Complaint and Proposed Summons under seal on January 29, 2019 [CM/ECF 18], which was granted by the Court per the Court's Order of February 14, 2019 [CM/ECF 21].

5. On March 13, 2019, attorney Michael J. Rose appeared on behalf of the Defendant.

6. On November 25, 2019, counsel for Defendant filed its Motion for Security for Costs (the "Motion") [CM/ECF 29].

7. On December 9, 2019, this Honorable Court granted the Motion and ordered counsel for Plaintiff to file a bond with surety in the amount of $500.00.

8. On January 8, 2020, Plaintiff's posted the Security for Cost Bond, Receipt Number CTXH00016504.

9. This matter has since settled with Defendant, and the instant matter has been terminated since February 25, 2020.

WHEREFORE, Plaintiff respectfully requests this Court grant this Motion for the release and return of the Security for Cost Bond.

Dated: June 30, 2020  Respectfully submitted,

By:  /s/ *Kevin T. Conway*
Kevin T. Conway, Esq. (30364)
80 Red Schoolhouse Road, Suite 110
Spring Valley, NY 10977
T: 845-352-0206
F: 845-352-0481
E-mail: ktcmalibu@gmail.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*